**Fill in this information to identify the case:**

Debtor 1　__Venicia__　__D.__　__Robinson__
　　　　　First Name　　Middle Name　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　Middle Name　　Last Name

United States Bankruptcy Court for the: _____ District of __

Case number __16 B 25299__
(If known)
Chapter filing under:

- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[✓] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 77.50 | 09/06/2016 Month / day / year |
| $ 77.50 | 10/03/2016 Month / day / year |
| $ 77.50 | 11/03/2016 Month / day / year |
| + $ 77.50 | 12/03/2016 Month / day / year |
| Total $ 310.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

8/12/16
Month / day / year

By the court: _____
United States Bankruptcy Judge